UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     Case No. 1:24-cr-141

WILLIAM GEORGE MOON,          HONORABLE PAUL L. MALONEY

    Defendant.

_____/

## VERDICT

This matter was tried to the Court without a jury. In accordance with the Court's findings of fact and conclusions of law stated on the record on today's date.

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant William George Moon is GUILTY of the charge contained in the Indictment: Travel with Intent to Engage in Illicit Sexual Conduct in violation of 18 U.S.C. § 2423(b).

Dated: March 20, 2025                            /s/ Paul L. Maloney
                                                                                Paul L. Maloney
                                                                                United States District Judge